# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-4822
_____

JOSEPH L. TOMLIN,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____


On appeal from the Circuit Court for Duval County.
Tatiana Salvador, Judge.

February 15, 2019

PER CURIAM.

DISMISSED as untimely.

MAKAR, WINOKUR, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____


Joseph L. Tomlin, pro se, Appellant.

Ashley B. Moody, Attorney General, Tallahassee, for Appellee.